# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE
# SOUTHERN DISTRICT OF GEORGIA
Augusta

IN RE: Johna Elsner
Debtor(s)

Chapter 13
Number 12-11165

## REPORT OF NEW DEBTOR ADDRESS

**Debtor Name:** Elsner (Last)   Johna (First)   E. (MI)

**Joint Debtor Name:** _____ (Last)   _____ (First)   ___ (MI)

**Previous Address:** 81 Oakleigh Dr.
Wetumpka (City)   AL (State)   30092 (Zip Code)

**New Address:** 310 Ferndale Dr.
Mableton (City)   GA (State)   30126 (Zip Code)

This 19th day of April, 2016.

By: /s/ Joseph E. Spires
Joseph E. Spires, Attorney
Name / Title
PO Box 1493
Address
Augusta   GA   30903
City   State   Zip Code
(706) 724-2040   072271
Telephone   Bar ID